# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2543
_____

CURTIS WEDO POOLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

December 18, 2023

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Wedo Poole, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.